IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILLIP BRIDWELL | ) | |
| | ) | |
| V. | ) | 3-08-CV-1797-K |
| | ) | |
| VALERIE HOTCHKISS | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's request for appointment of Counsel contained in his Petition for Writ of Mandamus, is **DENIED**. Further, Plaintiff's Motion to Toll the Statute of Limitations, filed on October 24, 2008, is **DENIED**.

SO ORDERED.

Signed October 30th, 2008.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE